# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                                      Chapter 11 Cases

Twin Cities Stores, Inc.,                                    Case No. BKY 09-34468
Twin Cities Avanti Stores, LLC,                       Case No. BKY 09-34469

        Debtors.                                              Jointly Administered

---

## NOTICE OF HEARING AND JOINT MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASES

---

TO:     The entities specified in Local Rule 9013-3(a)(2).

1.      The above-referenced Debtors move the Court for the relief requested below and give notice of a hearing.

2.      The Court will hold the hearing on this Motion at 11:00 a.m. on January 25, 2010 in Courtroom No. 2B, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

3.      Any response to this Motion must be filed and delivered not later than January 20, 2010, which is five days before the time set for the hearing.  **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING**.

4.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1.  This is a core proceeding.  The petitions commencing these Chapter 11 cases were filed on June 30, 2009 (the "Filing Date").  The cases are now pending before this Court.

5.      This Motion arises under 11 U.S.C. § 365(d)(4).  This Motion is filed under Fed. R. Bankr. P. 9014 and Local Rules 9013-1 through 9013-3.  Debtors seek entry of an order extending the time to assume or reject unexpired non-residential real property leases with written consent of the lessors through March 1, 2010.

## BACKGROUND

6.     On the Filing Date, each of the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

7.     The Debtors have continued in possession of their respective assets and the management of their business as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

8.     Twin Cities Stores, Inc., a Delaware corporation ("TCS"), was founded in July 1994.  TCS's sole shareholder is RM Group, Inc., also a Delaware corporation ("RM Group"), which entity is owned primarily by Bruce L. Nelson ("Nelson").  Since 1994, TCS has been in the gas station and convenience store business.  TCS's offices are located in Burnsville, Minnesota.

9.     In May 2001, the founders of TCS formed a new entity, Twin Cities Avanti Stores, LLC, a Delaware limited liability company ("TCAS," and together with TCS, "Debtors").  RM Group and TCS are TCAS's sole members.  TCAS shares offices with TCS in Burnsville, Minnesota.  TCAS was formed to complete the acquisition of approximately 120 additional gas stations and convenience stores in Minnesota, Wisconsin, and South Dakota from Avanti Petroleum, Inc. ("Avanti Petroleum").  Following the completion of this acquisition, the Debtors operated approximately 180 gas stations and convenience stores in the aforementioned markets.

10.    The strategy underlying the Debtors' acquisition of the additional facilities from Avanti Petroleum was to leverage TCS's successful management team and to obtain economies of scale in overhead expenses and fuel supply costs.  However, because the Avanti Petroleum sites were heavily leveraged and because many of the acquired sites were located in "out-state" markets that proved difficult to service and operate using TCS's existing

infrastructure, the Debtors struggled to realize the financial benefits that they expected to achieve from the acquisition. Ultimately, less than two years after the completion of the Avanti Petroleum acquisition, TCAS was forced to file for Chapter 11 bankruptcy protection in the United States Bankruptcy Court Central District of California, Northern Division in March 2003. TCAS was ultimately successful in obtaining approval of a plan of reorganization in its bankruptcy, and emerged in September 2004.

11. Although TCS operated profitably prior to the acquisition from TCAS, and, in fact, experienced record profits in 1999 and 2000, since the time of TCAS's restructuring, the Debtors have struggled to regain solid financial footing. The Debtors have divested a number of assets over the last several years to create liquidity for the Debtors' operations. The Debtors have also reduced their work-force significantly and have closed a large number of their under-performing facilities to reduce overhead and improve cash flows. Included within these closed sites were several leased sites that were returned to landlords. These efforts have provided some measurable benefits to the Debtors, but unfortunately did not return the companies to profitability.

12. Confronted with the ongoing struggle to operate their businesses profitably, the Debtors took dramatic steps prior to the petition date to fundamentally alter their business model. Specifically, to eliminate the problems the Debtors have encountered in operating a number of their locations, while still allowing the Debtors to capitalize on and generate cash flows from their significant real estate holdings, the Debtors began converting many of their company operated facilities into dealer operated stores. Under their agreements with these dealers, the Debtors retain control of the underlying real estate at these facilities and receive several cents per gallon for the gasoline that the Debtors provide to such facilities. The dealers, in turn, pay rent to the Debtors, are responsible for purchasing all of the inventory and

gasoline sold at these locations, and are responsible for the day-to-day operation, management, and maintenance of these locations.

13.    While the Debtors had made progress with their conversion to the new business model discussed above in the first quarter of 2009, the Debtors' efforts were significantly derailed in April 2009, when the Debtors' gasoline supplier, Marathon Petroleum Company, LLC ("Marathon"), ceased shipments of gasoline to the Debtors due to their inability to satisfy Marathon's demand for immediate repayment of arrearages the Debtors' owed for past gasoline purchases.  In addition to eliminating the Debtors' source of gasoline supply for its company-operated facilities, Marathon's decision also prevented the Debtors' from supplying gasoline to its dealers.  This supply interruption was hugely disruptive to the Debtors' cash flows and forced them to close a large number of their locations where they did not have any products to sell to their customers.

14.    Debtors commenced these cases on June 30, 2009, in order to preserve Debtors' going concern value.  Debtors are in the process of reorganizing their operations under the provisions of the Bankruptcy Code.

**BACKGROUND RELEVANT TO RELIEF REQUESTED**

15.    Prior to the commencement of this case, Debtors entered into numerous non-residential real property leases.

16.    On October 14, 2009, the Debtors filed a joint motion seeking court approval for the rejection of 15 unexpired leases designated therein as the "June Rejected Leases," the "July Rejected Leases," and the "August Rejected Lease."

17.    The Court entered an order approving the rejection of the June Rejected Leases, the July Rejected Leases and the August Rejected Lease on December 11, 2009.

18.    Also on October 14, 2009, the Debtors filed a second joint motion seeking to extend the time to assume or reject 13 additional unexpired leases of non-residential real property until January 26, 2010.

19.    On November 20, 2009, the Court entered an order extending the time to assume or reject the unexpired lease for store #5226 located at 2233 Energy Park Drive, St. Paul, MN until December 12, 2009.  The time to assume or reject the remaining 12 leases was extended until January 26, 2010.

20.    On December 14, 2009, the court entered an order extending the time to assume or reject the lease for store #5226 until January 26, 2010.

21.    On November 16, 2009, the Debtors filed their joint plan and disclosure statement.  A hearing on the adequacy of the disclosure statement was commenced on January 7, 2010 and continued until January 20, 2010.

22.    By this Motion, the Debtors seek to extend time to assume or reject the 13 unexpired leases listed on Exhibit A ("Leases") until March 1, 2010 with consent of the lessors so that the Debtors may designate which of these remaining leases will be assumed or rejected in the course of confirmation of their plan of reorganization, where issues of feasibility and adequate assurance of future performance under the leases to be assumed may be most efficiently determined.

23.    The Debtors are working on obtaining written consents from the lessors and anticipate that the written consents obtained will be provided in a supplement to this motion. In the event that written consents are not obtained from all lessors, the Debtors intend to seek authority to assume or reject the lease of the non-consenting lessor at the hearing and hereby give notice of such intent.  Additional information will be filed with the Court as necessary in support of the Debtors' request for authority to assume or reject any such assets.

24.     The Leases are unexpired leases for non-residential real property within the meaning of 11 U.S.C. § 365(d)(4).  Under 11 U.S.C. § 365(d)(4), unless otherwise assumed or rejected, unexpired leases for non-residential real property are deemed rejected the earlier of 120 days after the commencement of the case or the date of the entry of an order confirming a plan, absent an order of the Court extending the time for assumption or rejection.  The Court may and in this case did extend the time to assume or reject for an additional 90 days.  Additional extensions may be granted only with written consent of the lessors.

25.     Accordingly, Debtors respectfully request that the Court extend the time to assume or reject the Leases by written consent of the lessors until March 1, 2010.

26.     Pursuant to Local Rule 9013-2(a), this Motion is accompanied by a memorandum of law, proposed order, and proof of service.

27.     Pursuant to Local Rule 9013-2(c), the Debtors give notice that they may, if necessary, call: Bruce L. Nelson, Chairman of Twin Cities Stores, Inc. and Chairman of RM Group, Inc., which along with Twin Cities Stores, Inc. are the sole members of Twin Cities Avanti Stores, LLC; and/or Scott L. Stevens, President of the Debtors, to testify at the hearing on the motion regarding the facts set out herein.  The witnesses' business address is 1800 East Cliff Road, Suite 2, Burnsville, Minnesota 55337-1375.

WHEREFORE, Debtors move the Court for an order (I) extending the time to assume or reject the Leases by written consent of the lessors until March 1, 2010 and (II) granting such other and further relief as the Court deems just and equitable.

Dated: January 12, 2010

FREDRIKSON & BYRON, P.A.

*/e/ Brian S. McCool*
John M. Koneck (#57472)
Brian S. McCool (#322143)
Matthew B. Millis (#386904)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone (612) 492-7000
Fax (612) 492-7077
jbaillie@fredlaw.com
rmurphy@fredlaw.com
kbader@fredlaw.com

ATTORNEYS FOR DEBTOR
TWIN CITIES STORES, INC.

and

LAPP, LIBRA, THOMSON, STOEBNER
& PUSCH, CHARTERED

/e/ Ralph V. Mitchell
Ralph V. Mitchell (#184639)
120 South Sixth Street, Suite 2500
Minneapolis, MN  55402
Phone:  (612) 338-5815
Fax: (612) 338-6561
rmitchell@lapplibra.com

ATTORNEYS FOR DEBTOR
TWIN CITIES AVANTI STORES, LLC

## VERIFICATION

I, Scott L. Stevens, am the President of Twin Cities Stores, Inc., and Twin Cities Avanti Stores, LLC. Based upon my personal information and belief, I declare under penalty of perjury that the facts set forth in the preceding Motion are true and correct, according to the best of my knowledge, information and belief.

Dated: ~~October 13, 2009~~ 1-12-2010

Signed: _____
Scott L. Stevens

# EXHIBIT A

# EXHIBIT A

| DEBTOR | LOCATION | LANDLORD |
|--------|----------|----------|
| TCS | 1800 East Cliff Road, Burnsville, MN | Industrial Equities Group LLC<br>321 First Avenue North<br>Minneapolis, MN 55401 |
| TCS | 13660 Crosstown Blvd NW, Andover, MN | Klus-Wagner Andover Pnshp<br>5100 Eden Avenue<br>Suite 112<br>Minneapolis, MN 55436 |
| TCS | 103 Main Street N, Stillwater, MN | Ogren Properties Group<br>PO Box 15<br>Stillwater, MN 55082 |
| TCS | 3390 Coachman Road #202, Eagan, MN | Foxridge Shoppes LLC<br>16225 Baseline Avenue<br>Shakopee, MN 55379 |
| TCS | 13991 Anderson Lakes Pky., Eden Prairie, MN | LM Hoglund & Company LLC<br>c/o Aurora Management<br>1021 Wall Street<br>Big Lake, MN 55309 |
| TCS | 11660 Winnetka Avenue, Champlin, MN | S & Z, LLC<br>10700 Old County Road 15<br>Suite 285<br>Minneapolis, MN 55441 |
| TCS | 12095 Hanson Boulevard, Coon Rapids, MN | Peggy Ann Hauser Irr Trust<br>c/o Reliance Real Estate Services<br>527 Marquette Avenue<br>Suite 400<br>Minneapolis, MN 55402 |
| TCS | 14050 Pilot Knob # 172, Apple Valley, MN | Clear Choice Properties LLC<br>715 Florida Avenue South<br>Suite 303<br>Minneapolis, MN 55426 |
| TCS | 1421 Main Street, Houlton, WI | Nordic East Enterprises<br>PO Box 818<br>Stillwater, MN 55082 |
| TCAS | 304 East Larpenteur Ave., St. Paul, MN | Midstates Equities LLC<br>100 Second St. SE<br>Suite 1001<br>Minneapolis, MN 55414 |

| | | |
|---|---|---|
| TCAS | 2057 Marshall Ave., St. Paul, MN | Alice Drake Zucco Trust<br>Mary Ann Grams – Trustee<br>9202 SW 41st Lane<br>Gainesville, FL  32608 |
| TCAS | 433 E Mendota Road, W. St. Paul, MN | Lafayette Square LP<br>CG Rein Company<br>949 Sibley Memorial Highway<br>St. Paul, MN  55118 |
| TCAS | 2233 Energy Park Drive, St. Paul, MN | Wellington Management Inc.<br>1625 Energy Park Drive<br>Suite 100<br>St. Paul, MN  55108 |

In re:                                                                    Chapter 11 Cases

Twin Cities Stores, Inc.,                                          Case No. BKY 09-34468
Twin Cities Avanti Stores, LLC,                            Case No. BKY 09-34469

           Debtors.                                          Jointly Administered

---

**MEMORANDUM OF LAW IN SUPPORT OF DEBTORS' JOINT MOTION FOR ORDER
EXTENDING TIME TO ASSUME OR REJECT CERTAIN NON-RESIDENTIAL
REAL PROPERTY LEASES**

---

Debtors submit this Memorandum of Law in support of their Motion Extending Time to
Assume or Reject Certain Non-Residential Real Property Leases (the "Motion").  Because cause
exists for such an extension, and because the lessors have consented or will have consented by
the time of the hearing, the Court should grant the Motion.

## BACKGROUND

The facts set forth in this Memorandum are drawn from the Debtors' Verified Motion.
All capitalized terms have the meaning ascribed to them in the Motion.

## ARGUMENT

### CAUSE EXISTS TO EXTEND THE TIME TO ASSUME OR REJECT THE LEASE.

The Bankruptcy Code provides that a debtor-in-possession may assume or reject
executory contracts and unexpired leases, subject only to court approval.  11 U.S.C. § 365(a).
However, section 365(d)(4)(A) provides, in part, as follows:

> [A]n unexpired lease of nonresidential real property under which
> debtor is the lessee shall be deemed rejected, and the trustee shall
> immediately surrender that nonresidential real property to the
> lessor, if the trustee does not assume or reject the unexpired lease
> by . . . the date that is 120 days after the date of the order for relief.

11 U.S.C. § 365(d)(4)(A).  Section 365(a)(4)(B)(i) further provides, in part, as follows:

> The court may extend the period determined under subparagraph (A), prior to the expiration of the 120-day period, for 90 days on the motion of the trustee or lessor for cause.

11 U.S.C. § 365(d)(4)(B)(i).

The Court has already found cause existing and has granted an extension for the additional 90 days until January 26, 2010.

11 U.S.C. § 365(d)(4)(B)(ii) provides:

> (ii) If the court grants an extension under clause (i), the court may grant a subsequent extension only upon prior written consent of the lessor in each instance.

The Debtors are working on obtaining written consents from the lessors and anticipate that the written consents obtained will be provided in a supplement to this motion.  In the event that written consents are not obtained from all lessors, the Debtors intend to seek authority to assume or reject the lease of the non-consenting lessor at the hearing and hereby give notice of such intent.  Additional information will be filed with the Court as necessary in support of the Debtors' request for authority to assume or reject any such assets.

## <u>CONCLUSION</u>

For the foregoing reasons, Debtors respectfully request that the Court grant the relief sought in the Motion.

Dated: January 12, 2010                    FREDRIKSON & BYRON, P.A.

/e/ Brian S. McCool
John M. Koneck (#57472)
Brian S. McCool (#322143)
Matthew B. Millis (#386904)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone (612) 492-7000
Fax (612) 492-7077
jbaillie@fredlaw.com
rmurphy@fredlaw.com
kbader@fredlaw.com

ATTORNEYS FOR DEBTOR
TWIN CITIES STORES, INC.

and

LAPP, LIBRA, THOMSON, STOEBNER
& PUSCH, CHARTERED

/e/ Ralph V. Mitchell
Ralph V. Mitchell (#184639)
120 South Sixth Street, Suite 2500
Minneapolis, MN  55402
Phone:  (612) 338-5815
Fax: (612) 338-6561
rmitchell@lapplibra.com

ATTORNEYS FOR DEBTOR
TWIN CITIES AVANTI STORES, LLC

In re:                                                          Chapter 11 Cases

Twin Cities Stores, Inc.,                                 Case No. BKY 09-34468
Twin Cities Avanti Stores, LLC,                   Case No. BKY 09-34469

           Debtors.                                          Jointly Administered

---

### UNSWORN CERTIFICATE OF SERVICE

---

        I, Janet L. Pipp, declare under penalty of perjury that on January 12, 2010, I served copies of the following documents:

        (1)     NOTICE OF HEARING AND JOINT MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT CERTAIN NON RESIDENTIAL REAL PROPERTY LEASES

        (2)     MEMORANDUM OF LAW IN SUPPORT OF DEBTORS' JOINT MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT CERTAIN NON RESIDENTIAL
REAL PROPERTY LEASES

        (3)     ORDER EXTENDING TIME TO ASSUME OR REJECT CERTAIN NON RESIDENTIAL REAL PROPERTY LEASES

        a.      by e-notice of the electronic filing to each party named below:

- Kendall L. Bader     kbader@fredlaw.com, klbader@yahoo.com
- Daniel C. Beck     dbeck@winthrop.com, tcooke@winthrop.com
- Matthew R. Burton     mburton@losgs.com
- Daniel Carrigan     dcarrigan@mckennalong.com, sparson@mckennalong.com
- Beverly M Conerton     beverly.conerton@state.mn.us
- Michael F. Doty     mdoty@faegre.com
- Theresa H. Dykoschak     tdykoschak@faegre.com, bwalz@faegre.com
- Jeremy D. Eiden     jeremy.eiden@state.mn.us, jeremy.eiden@gmail.com
- Larry D. Espel     lespel@greeneespel.com, lbulson@greeneespel.com;sholenko@greeneespel.com
- William Fisher     william.fisher@gpmlaw.com
- Joseph Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com
- Thomas Haines     Thaines@co.carver.mn.us, pmay@co.carver.mn.us
- Linda J. Jungers     LJJ@szjlaw.com
- Douglas W. Kassebaum     dkassebaum@fredlaw.com, scharter@fredlaw.com;bankruptcy@fredlaw.com

- James A. Lodoen    jlodoen@lindquist.com, gluessenheide@lindquist.com
- Ronald G Marks    peplawyers@aol.com
- John G McJunkin    jmcjunkin@mckennalong.com, sparson@mckennalong.com
- Jessica A. Mitchell    jessica.mitchell@gpmlaw.com, terri.luzovich@gpmlaw.com
- Ralph Mitchell    rmitchell@lapplibra.com, jpipp@lapplibra.com
- Paul L. Ratelle    pratelle@fwhtlaw.com
- Recovery Management Systems Corp    claims@recoverycorp.com
- Michael Rosow    mrosow@winthrop.com, jahlers@winthrop.com
- Dennis M Ryan    dryan@faegre.com
- Richard C Salmen    rsalmen@felhaber.com
- Kathleen K. Statler    kstatler@gr-espel.com, storkelson@greeneespel.com
- Bridget A Sullivan    b.sullivan@gurstel.com
- Will R. Tansey    wrtansey@ravichmeyer.com
- US Trustee    ustpregion12.mn.ecf@usdoj.gov
- Sarah J Wencil    Sarah.J.Wencil@usdoj.gov
- Samuel C Wisotzkey    swisotzkey@kmksc.com, kmksc@kmksc.com


    b.    on 1/12/10 by ECF, Email or US Mail to each party named on the attached service list;


    c.    on 1/12/10 by mail to

          Medica
          401 Carlson Parkway
          Minnetonka, MN  55305.

Executed on: January 12, 2010

/e/ Janet L. Pipp
Janet L. Pipp, Legal Secretary
Lapp, Libra, Thomson, Stoebner &
       Pusch, Chartered
120 South Sixth Street, Suite 2500
Minneapolis, MN 55402
612/338-5815

Twin Cities Stores, Inc. – Twin Cities Avanti Stores, LLC
Service List
Bky Nos. 09-34468; 09-34469

## SERVICE VIA ECF

See attached Certificate of Service for complete listing.

U.S. Trustee's Office
1015 US Courthouse
300 S Fourth St
Minneapolis MN 55415
ustpregion12.mn.ecf@usdoj.gov

Sarah J. Wencil, U.S. Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415
sarah.j.wencil@usdoj.gov

### TCS & TCAS – Appearances

**Attorney for Alasra Inc. and Red's Petroleum, Inc.**
Megan M. Kennedy, Esq.
Paul L. Ratelle, Esq.
Fabyanske, Westra, et al.
800 LaSalle Avenue South
Suite 1900
Minneapolis, MN 55402
pratelle@fwhtlaw.com

**Attorney for Minnesota State Lottery**
Jeremy D. Eiden Esq,
Attorney for Lori Swanson, Attorney General
State of Minnesota
445 Minnesota Street, Suite 900
St. Paul, MN 55101
jeremy.eiden@state.mn.us

**Attorney for Nu-Star, Inc.**
James A. Lodoen, Esq.
Lindquist & Vennum, P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis MN 55402-2274
jlodoen@lindquist.com

### TCS – Secured Creditors

**Attorneys for Capmark Finance, Inc.**
Daniel C. Beck, Esq.
Michael A. Rosow, Esq.
Winthrop & Weinstine, P.A.
Suite 3500
225 South Sixth Street
Minneapolis MN 55402-4629
dbeck@winthrop.com
mrosow@winthrop.com

**Attorneys for Capmark Finance, Inc.**
John G. McJunkin, Esq.
Daniel Carrigan
McKenna Long & Aldridge, LLP
1900 K Street, NW
Washington, DC 20006
jmcjunkin@mckennalong.com
dcarrigan@mckennalong.com

**Attorneys for Ford Motor Credit Company LLC**
Linda Jeanne Jungers
2277 Highway 36 West, Ste. 100
Roseville, MN 55113
LJJ@szjlaw.com

### TCS – Appearances

**Attorneys for Estate of William McDonald**
Ronald G. Marks, Esq.
Peterson, Engberg & Peterson
400 Second Ave. South, Suite 700
Minneapolis, MN 55401
peplawyers@aol.com

**Attorney for Southcross Shoppes LLC**
Matthew R. Burton, Esq.
Leonard, O'Brien, et al.
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
mburton@losgs.com

**GE Money Bank**
c/o Ramesh Singh
Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131
claims@recoverycorp.com

**Attorney for Lone Oak Plaza Limited Partnership**
Will R. Tansey
Ravich Meyer Kirkman McGrath
Nauman & Tansey, P.A.
4545 IDS Center
80 South Eighth Street
Minneapolis MN 55402-2225
WRTansey@ravichmeyer.com

**Attorney for Apple Valley Marathon, LLC**
William J. Fisher Esq.Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis MN 55402-3796
william.fisher@gpmlaw.com

### TCAS – Attorney for Debtor

Ralph V. Mitchell Jr., Esq.
Lapp, Libra, Thomson, Stoebner & Pusch
2500 One Financial Plaza
120 South Sixth Street
Minneapolis MN 55402
rmitchell@lapplibra.com

### TCAS – Secured Creditors

**Attorney for Marathon Petroleum Company**
Larry D. Espel, Esq.
Kathleen K. Statler, Esq.
Greene Espel PLLP
200 South Sixth St, Ste 1200
Minneapolis, MN 55402
Lespel@greeneespel.com
kstatler@greeneespel.com

**Attorneys for Holiday Station Stores, Inc.**
Dennis M. Ryan, Esq.
Theresa H. Dykoschak, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
dryan@faegre.com
tdykoschak@faegre.com

### TCAS – Appearances

**Attorney for Carver County**
Thomas Haines, Esq.
Assistant County Attorney
600 East Fourth Street
Chaska, MN 55318
Thaines@co.carver.mn.us

## SERVICE VIA EMAIL (or by Mail if indicated)

### Debtors

Twin Cities Stores, Inc.
Twin Cities Avanti Stores, LLC
1800 East Cliff Rd, Ste 2
Burnsville, MN 55337
SStevens@oasismarkets.com
Bnelson@roundtreecapital.com

**Attorney for Canon Financial Services, Inc.**
Scott H. Marcus & Associates
121 Johnson Road
Turnersville, NJ 08012
smarcus@marcuslaw.net

Twin Cities Stores, Inc. – Twin Cities Avanti Stores, LLC
Service List
Bky Nos. 09-34468; 09-34469

| TCS – Notice of Appearance |
| --- |

**Attorney for BBD Investments, LLC**
Creig Andreasen
Messerli & Kramer, P.A.
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402
candreasen@MesserliKramer.com

Bob Dullinger
MPCA - Tanks Program
520 Lafayette Rd N
St. Paul, MN 55155
beverly.conerton@state.mn.us

Richard Eitel
Midstates Equities, LLC
100 2nd St. S.E. #1001 Minneapolis, MN 55414-2129
Richard.Eitel@earthlink.net

| TCS – 10 Largest Unsecured Creditors |
| --- |

Anne Portinen
State of Minnesota – Commissioner of Revenue
600 N. Robert St.
St. Paul, MN 55146
anne.portinen@state.mn.us

Walter Henson
Total Petrochemicals Pipeline USA, Inc.
1201 Louisiana St. Ste 1800
Houston, TX 77002
walter.henson@total.com

Letitia White
Total Petrochemicals Pipeline USA, Inc.
1201 Louisiana St. Ste 1800
Houston, TX 77002
letitia.white@total.com

Paul Francis
Farner-Bocken Company
PO Box 368, Hwy 30 East
Carroll, IA 51401
pfrancis@farner-bocken.com

Represented By:
Michael F. Doty, Esq.
Faegre & Benson
2200 Wells Fargo Center
90 S Seventh St
Minneapolis, MN 55402
mdoty@faegre.com

Michael Odens
Odens Family Properties, LLC
730 Crestview Ln
Owatonna, MN 55060
odens5@ll.net

Represented By:
Steven Smith
Smith, Tollefson & Rahrick
108 West Park Square, Ste A
PO Box 271
Owatonna, MN 55060
steve@owatonnalaw.com

Jennifer Mercil
Sam's Club
14940 Florence Trail
Apple Valley, MN 55124
**BY MAIL**

J.R. Canter
BP Amoco
2700 Chadwell Circle
Wayzata, MN 55391
canterjr@bp.com

**Attorney for BP Products North America Inc.**
Mike Ryan
Kelly Hadac
Murnane Brandt, P.A.
30 E Seventh St
Suite 3200
St. Paul, MN 55101
MRYAN@murnane.com
khadac@murnane.com

Jon Carroll
Pepsi Bottling Company
PO Box 10
Winston Salem, NC 27102
Jon.carroll@pepsi.com

Steff Davis
State of Minnesota - Lottery
2645 Long Lake Rd
Roseville, MN 55113
steff_D@mnlottery.com

Kim Guajardo
Liquid Transport Corp
8470 Allison Pointe, Suite 400
Indianapolis, IN 46250
**BY MAIL**

Teri L. Anderson
Xcel Energy Services, Inc.
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
Teri.L.Anderson@xcelenergy.com

| TCAS – Creditors Committee |
| --- |

Charles Savitt
Clear Choice Properties
715 Florida Ave S
Suite 303
Golden Valley, MN 55426
charles_mn@prodigy.net

Arlene Pipkin
Deli Express / E.A. Sween
16101 W 78th St
Eden Prairie, MN 55344
apipkin@easween.com

Gary W. Meyer
Premium Waters
2100 Summer Street, #200
Minneapolis, MN 55413
**BY MAIL**

# SERVICE VIA US MAIL

*Mandatory Notice Parties*

IRS District Counsel
380 Jackson St, Ste 650
St Paul MN 55101-4804

Internal Revenue Service
Wells Fargo Place
30 E 7th St, Mail Stop 5700
St Paul MN 55101

MN Department of Revenue
Collection Enforcement
551 Bankruptcy Section
600 North Robert Street
PO Box 64447
St Paul MN 55101-2228

US Attorney
600 US Courthouse
300 S Fourth St
Minneapolis MN 55415

Minnesota Department of Economic Security
332 Minnesota Street
St. Paul MN 55101-1351

*Other Interested Parties*
# SERVICE VIA US MAIL

Sasa, LLC
1324 Edgerton Avenue
Milwaukee, WI 53211

2

Twin Cities Stores, Inc. – Twin Cities Avanti Stores, LLC
Service List
Bky Nos. 09-34468; 09-34469

*TCS – Notice of Appearance*
**SERVICE VIA US MAIL**

IKON Financial Services
Bankruptcy Administration
1738 Bass Road
PO Box 13708
Macon, GA  31208-3708

**LANDLORDS**
**SERVICE VIA US MAIL**

Industrial Equities Group, LLC
321 First Avenue North
Minneapolis, MN  55401

Klus-Wagner Andover Pnshp
5100 Eden Avenue, Suite 112
Minneapolis, MN  55436

Ogren Properties Group
PO Box 15
Stillwater, MN  55082

Foxridge Shoppes LLC
16225 Baseline Avenue
Shakopee, MN  55379

LM Hoglund & Company, LLC
c/o Aurora Management
1021 Wall Street
Big Lake, MN  55309

S&Z LLC
10700 Old County Rd. 15
Suite 285
Minneapolis, MN  55441

Peggy Ann Hauser Irr Trust
c/o Reliance Real Estate Services
527 Marquette Ave., Suite 400
Minneapolis, MN  55402

Clear Choice Properties, LLC
715 Florida Avenue So., Suite 303
Minneapolis, MN  55426

Nordic East Enterprises
PO Box 818
Stillwater, MN  55082

Midstates Equities LLC
100 Second Street SE, Suite 1001
Minneapolis, MN  55414

Alice Drake Zucco Trust
Mary Ann Grams – Trustee
9202 SW 41st Lane
Gainesville, FL  32608

Lafayette Square LP
CG Rein Company
949 Sibley Memorial Hwy.
St. Paul, MN  55118

Wellington Management, Inc.
1625 Energy Park Drive, Suite 100
St. Paul, MN  55108

**SERVICE VIA E MAIL**
luanne.bialik@state.mn.us;
bradley.buschmann@state.mn.us;
emilie.cano@medica.com;
lisa.freeman@bp.com;
tom@krispykremes.com;
kmg@giertsenco.com;
doug.hamel@coinstar.com;
shirley.jaehrling@eby-
brown.com;
tim.kersting@budgetlighting.com;
kkeohen@wm.com;
ramaspht@ecenet.com;
jmcjunkin@mckennalong.com;
Bill.Scott@premiumwaters.com;
auttley@kpmg.com;
dana.wagner@liesch.com;
bwatts@cpa-sp.com;
debtnet@wilberlanelaw.com;

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                          Chapter 11 Cases

Twin Cities Stores, Inc.,                                       Case No. BKY 09-34468
Twin Cities Avanti Stores, LLC,                                Case No. BKY 09-34469

                        Debtors.                                Jointly Administered

---

### ORDER EXTENDING TIME TO ASSUME OR REJECT CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASES

---

Debtors' Joint Motion for Order Extending Time to Assume or Reject Certain Non-Residential Real Property Leases ("Motion") came on for hearing before the undersigned United States Bankruptcy Judge. Appearances are noted on the record.

Based upon the Motion, the arguments of counsel, all the files, records and proceedings herein, the Court being advised in the premises and the Court's findings of fact and conclusions of law, if any, have been stated orally and recorded in open court following the close of argument:

IT IS HEREBY ORDERED:

1.       Cause existing under 11 U.S.C. § 365 (d)(4)(B)(i), and the lessors affected having consented in writing under 11 U.S.C. § 365 (d)(4)(B)(ii), the deadline to assume or reject the unexpired non-residential real property leases attached hereto as <u>Exhibit A</u> is extended to March 1, 2010.

Dated:                                          _____
                                                Dennis D. O'Brien
                                                United States Bankruptcy Judge

# EXHIBIT A

# EXHIBIT A

| DEBTOR | LOCATION | LANDLORD |
|--------|----------|----------|
| TCS | 1800 East Cliff Road, Burnsville, MN | Industrial Equities Group LLC<br>321 First Avenue North<br>Minneapolis, MN 55401 |
| TCS | 13660 Crosstown Blvd NW, Andover, MN | Klus-Wagner Andover Pnshp<br>5100 Eden Avenue<br>Suite 112<br>Minneapolis, MN 55436 |
| TCS | 103 Main Street N, Stillwater, MN | Ogren Properties Group<br>PO Box 15<br>Stillwater, MN 55082 |
| TCS | 3390 Coachman Road #202, Eagan, MN | Foxridge Shoppes LLC<br>16225 Baseline Avenue<br>Shakopee, MN 55379 |
| TCS | 13991 Anderson Lakes Pky., Eden Prairie, MN | LM Hoglund & Company LLC<br>c/o Aurora Management<br>1021 Wall Street<br>Big Lake, MN 55309 |
| TCS | 11660 Winnetka Avenue, Champlin, MN | S & Z, LLC<br>10700 Old County Road 15<br>Suite 285<br>Minneapolis, MN 55441 |
| TCS | 12095 Hanson Boulevard, Coon Rapids, MN | Peggy Ann Hauser Irr Trust<br>c/o Reliance Real Estate Services<br>527 Marquette Avenue<br>Suite 400<br>Minneapolis, MN 55402 |
| TCS | 14050 Pilot Knob # 172, Apple Valley, MN | Clear Choice Properties LLC<br>715 Florida Avenue South<br>Suite 303<br>Minneapolis, MN 55426 |
| TCS | 1421 Main Street, Houlton, WI | Nordic East Enterprises<br>PO Box 818<br>Stillwater, MN 55082 |
| TCAS | 304 East Larpenteur Ave., St. Paul, MN | Midstates Equities LLC<br>100 Second St. SE<br>Suite 1001<br>Minneapolis, MN 55414 |

| TCAS | 2057 Marshall Ave., St. Paul, MN | Alice Drake Zucco Trust<br>Mary Ann Grams – Trustee<br>9202 SW 41st Lane<br>Gainesville, FL 32608 |
|------|----------------------------------|-----------------------------------------------------------------------------------------------------|
| TCAS | 433 E Mendota Road, W. St. Paul, MN | Lafayette Square LP<br>CG Rein Company<br>949 Sibley Memorial Highway<br>St. Paul, MN 55118 |
| TCAS | 2233 Energy Park Drive, St. Paul, MN | Wellington Management Inc.<br>1625 Energy Park Drive<br>Suite 100<br>St. Paul, MN 55108 |