UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Twin Cities Stores, Inc., | Case No. BKY 09-34468 |
| Twin Cities Avanti Stores, LLC, | Case No. BKY 09-34469 |
| Debtors. | Jointly Administered |

**Stipulation Regarding Order for Approval**
**of Administrative Expense Claim**

This Stipulation is made and entered into between Twin Cities Stores, Inc. ("TCS") and the William W. McDonald Revocable Trust ("McDonald").

### RECITALS

WHEREAS, on or about January 21, 2010, the McDonald filed a Motion for Payment of an Administrative Expense Claim (Docket # 228) (the "Motion") in the above-captioned matter.

WHEREAS, in the Motion, McDonald requested that the Court issue an order requiring TCS to pay $35,618.30 as an allowed administrative expense claim, pursuant to 11 U.S.C. § 503(b)(1)(A), for unpaid post-petition rent up to December 11, 2009, the date upon which TCS's lease with McDonald was rejected.

WHEREAS, TCS and McDonald have agreed to resolve the issues raised in the Motion by stipulating to the Court's entry of the Order attached hereto as Exhibit A.

## AGREEMENT

TCS and McDonald, through their undersigned counsel, hereby stipulate and agree to the Bankruptcy Court's entry of the Order attached hereto as <u>Exhibit A</u>.

FREDRIKSON & BYRON, P.A.                    PETERSON, ENGBERG & PETERSON

<u>/e/Brian S. McCool</u>                           <u>/e/ Ronald G. Marks</u>
John M. Koneck (#57472)                     Ronald G Marks (#164628)
Brian S. McCool (#322143)                   John G. Engberg (#26761)
Matthew B. Millis (#386904)                 400 Second Ave. S, Suite 700
200 South Sixth Street, Ste 4000            Minneapolis, MN 55401
Minneapolis, MN 55402-1425                  Phone: 612-338-6743
Phone: (612) 492-7000

Attorneys for the William W. McDonald
Attorneys for Twin Cities Stores, Inc.      Revocable Trust

**EXHBIIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Twin Cities Stores, Inc., | Case No. BKY 09-34468 |
| Twin Cities Avanti Stores, LLC, | Case No. BKY 09-34469 |
| Debtors. | Jointly Administered |

**ORDER APPROVING PAYMENT OF POST PETITION RENT
AS AN ADMINISTRATIVE EXPENSE**

This matter came before the undersigned United States Bankruptcy Judge on the motion of the William W. McDonald Revocable Trust ("McDonald") for an order authorizing payment as an administrative expense under 11 U.S.C. § 503(b) of $35,618.30 in post-petition unpaid rent from Debtor Twin Cities Stores, Inc. Based on the Stipulation Regarding Order for Approval of Administrative Expense Claim and the documents of record herein, and the Court being fully advised in the premises,

**IT IS ORDERED:**

1. Pursuant to 11 U.S.C. § 503(b)(1)(A), McDonald shall have an allowed administrative expense claim in the amount of $35,618.30 against Twin Cities Stores, Inc. for unpaid post-petition rent. Payment of the $35,618.30 administrative expense claim is hereby approved. Twin Cities Stores, Inc. shall pay this administrative expense claim on the effective date of such Debtor's plan of reorganization.

Dated:_____                    _____
                                          Dennis D. O'Brien
                                          United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                           Chapter 11 Cases

Twin Cities Stores, Inc.,                                                              Case No. BKY 09-34468
Twin Cities Avanti Stores, LLC,                                                   Case No. BKY 09-34469

        Debtors.                                                                              Jointly Administered

---

**CERTIFICATE OF SERVICE**

---

Brian S. McCool, under penalty of perjury, states that on February 12, 2010, he caused to be served:

1. Stipulation Regarding Order for Approval of Administrative Claim and Stipulated Order;

2. Certificate of Service

a. by e-notice of the electronic filing to each party named below:

- Kurt M. Anderson    kmalaw-service@qwestoffice.net, kmalaw-service@sprynet.com
- Daniel C. Beck    dbeck@winthrop.com, tcooke@winthrop.com
- Matthew R. Burton    mburton@losgs.com, swood@losgs.com
- Daniel Carrigan    dcarrigan@mckennalong.com, sparson@mckennalong.com
- Beverly M Conerton    beverly.conerton@state.mn.us
- Michael F. Doty    mdoty@faegre.com
- Theresa H. Dykoschak    tdykoschak@faegre.com, bwalz@faegre.com
- Jeremy D. Eiden    jeremy.eiden@state.mn.us, jeremy.eiden@gmail.com
- Larry D. Espel    lespel@greeneespel.com, lbulson@greeneespel.com;sholenko@greeneespel.com
- William Fisher    william.fisher@gpmlaw.com
- Joseph Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com
- Thomas Haines    Thaines@co.carver.mn.us, pmay@co.carver.mn.us
- Blake Iverson    blake@iversonlawgroup.com
- Linda J. Jungers    LJJ@szjlaw.com

- Douglas W. Kassebaum    dkassebaum@fredlaw.com, scharter@fredlaw.com;bankruptcy@fredlaw.com
- James A. Lodoen    jlodoen@lindquist.com, gluessenheide@lindquist.com
- Ronald G Marks    peplawyers@aol.com
- John G McJunkin    jmcjunkin@mckennalong.com, sparson@mckennalong.com
- Jessica A. Mitchell    jessica.mitchell@gpmlaw.com, terri.luzovich@gpmlaw.com
- Ralph Mitchell    rmitchell@lapplibra.com, jpipp@lapplibra.com
- Paul L. Ratelle    pratelle@fwhtlaw.com
- Recovery Management Systems Corp    claims@recoverycorp.com
- Michael Rosow    mrosow@winthrop.com, jahlers@winthrop.com
- Dennis M Ryan    dryan@faegre.com
- Richard C Salmen    rsalmen@felhaber.com
- Kathleen K. Statler    kstatler@gr-espel.com, storkelson@greeneespel.com
- Bridget A Sullivan    b.sullivan@gurstel.com
- Will R. Tansey    wrtansey@ravichmeyer.com
- US Trustee    ustpregion12.mn.ecf@usdoj.gov
- Sarah J Wencil    Sarah.J.Wencil@usdoj.gov
- Samuel C Wisotzkey    swisotzkey@kmksc.com, kmksc@kmksc.com

and

    b.    by ECF, Email, Fax, or Federal Express to each party named on the attached service list.


Dated:  February 12, 2010    */s/ Brian S. McCool*
    Brian S. McCool

Twin Cities Stores, Inc. – Twin Cities Avanti Stores, LLC
Service List
Bky Nos. 09-34468; 09-34469

### SERVICE VIA ECF

U.S. Trustee's Office
1015 US Courthouse
300 S Fourth St
Minneapolis MN 55415
ustpregion12.mn.ecf@usdoj.gov

Sarah J. Wencil, U.S. Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415
sarah.j.wencil@usdoj.gov

### Top 20 Unsecured Creditors – TCS - SERVED VIA ECF

**Attorney for Nu-Star, Inc.**
James A. Lodoen, Esq.
Lindquist & Vennum, P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis MN 55402-2274
jlodoen@lindquist.com

### Secured Creditors – TCS SERVED VIA ECF

**Attorneys for Capmark Finance, Inc.**
Daniel C. Beck, Esq.
Michael A. Rosow, Esq.
Winthrop & Weinstine, P.A.
Suite 3500
225 South Sixth Street
Minneapolis MN 55402-4629
dbeck@winthrop.com
mrosow@winthrop.com

**Attorneys for Capmark Finance, Inc.**
John G. McJunkin, Esq.
Daniel Carrigan
McKenna Long & Aldridge, LLP
1900 K Street, NW
Washington, DC 20006
jmcjunkin@mckennalong.com
dcarrigan@mckennalong.com

### SERVICE VIA EMAIL

#### Debtors

Twin Cities Stores, Inc.
Twin Cities Avanti Stores, LLC
1800 East Cliff Rd, Ste 2
Burnsville, MN 55337
Sstevens@oasismarkets.com
Bnelson@roundtreecapital.com

### Top 20 Unsecured Creditors -TCS

Anne Portinen
State of Minnesota - Commissioner of Revenue
600 N Robert St
St Paul, MN 55146
Anne.Portinen@state.mn.us

Walter Henson
Total Petrochemicals Pipeline USA, Inc.
1201 Louisiana St. Ste 1800
Houston, TX 77002
walter.henson@total.com

Letitia White
Total Petrochemicals Pipeline USA, Inc.
1201 Louisiana St. Ste 1800
Houston, TX 77002
letitia.white@total.com

**Attorney for Total Petrochemicals Pipeline USA, Inc.**
c/o Bridget A. Sullivan, Esq.
Gurstel, Staloch & Cargo, P.A.
6681 Country Club Drive
Golden Valley, MN 55427
b.sullivan@gurstel.com

Paul Francis
Farner-Bocken Company
PO Box 368, Hwy 30 East
Carroll, IA 51401
pfrancis@farner-bocken.com

Represented By:
Michael F. Doty, Esq.
Faegre & Benson
2200 Wells Fargo Center
90 S Seventh St
Minneapolis, MN 55402
mdoty@faegre.com

Michael Odens
Odens Family Properties, LLC
730 Crestview Ln
Owatonna, MN 55060
odens5@ll.net

Represented By:
Steven Smith
Smith, Tollefson & Rahrick
108 West Park Square, Ste A
PO Box 271
Owatonna, MN 55060
steve@owatonnalaw.com

J.R. Canter
BP Amoco
2700 Chadwell Circle
Wayzata, MN 55391
canterjr@bp.com

**Attorney for BP Products North America Inc.**
Mike Ryan
Kelly Hadac
Murnane Brandt, P.A.
30 E Seventh St
Suite 3200
St. Paul, MN 55101
MRYAN@murnane.com
khadac@murnane.com

Jon Carroll
Pepsi Bottling Company
PO Box 10
Winston Salem, NC 27102
Jon.carroll@pepsi.com

Steff Davis
State of Minnesota - Lottery
2645 Long Lake Rd
Roseville, MN 55113
steff_D@mnlottery.com

Teri L. Anderson
Xcel Energy Services, Inc.
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
Teri.L.Anderson@xcelenergy.com

Doug Hamel
Coinstar Epayment Services
9701 W Higgins, Ste 200
Rosemont, IL 60018
doug.hamel@coinstar.com

Shirley Jaehrling
Eby Brown
PO Box 1910
Eau Claire, WI 54702
shirley.jaehrling@eby-brown.com

Kevin Giertsen
Giertsen Company of MN, Inc.
8385 10th Ave N
Golden Valley, MN 55427
kmg@giertsenco.com

Brad Watts
Strickler & Prieto, LLP
201 E. Main St, Ste 500
El Paso, TX 79901
bwatts@cpa-sp.com

Tom Geyer
Krispy Kreme c/o Westward Dough Operating
4580 West Post Road
Las Vegas, NV 89118
tom@krispykremes.com

Twin Cities Stores, Inc. – Twin Cities Avanti Stores, LLC
Service List
Bky Nos. 09-34468; 09-34469

| | | |
|---|---|---|
| Adam Uttley<br>KPMG, LLP<br>PO Box 120001<br>Dallas, TX 75321<br>auttley@kpmg.com | **GE Money Bank**<br>c/o Ramesh Singh<br>Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<br>claims@recoverycorp.com | Gray, Plant, et al.<br>80 South 8th Street, Suite 500<br>Minneapolis, MN 55402<br>Jessica.mitchell@gpmlaw.com |
| Tim Kersting<br>BLI Lighting Specialist<br>PO Box 127<br>Hopkins, MN 55343<br>tim.kersting@budgetlighting.com | **Attorneys for Wellington Management, Inc.**<br>Richard C. Salmen<br>Felhaber, Larson, Fenlon & Vogt, P.A.<br>220 South 6th Street, Suite 2200<br>Minneapolis, MN 55402<br>salmen@felhaber.com | **Attorney for Minnesota Pollution Control Agency**<br>Beverly M. Conerton<br>Assistant Attorney General<br>State of Minnesota<br>445 Minnesota Street, Suite 900<br>St. Paul, MN 55101<br>beverly.conerton@state.mn.us |
| Bill Scott<br>Premium Waters, Inc.<br>2520 Broadway Street NE, Ste 100<br>Minneapolis, MN 55413<br>Bill.Scott@premiumwaters.com | **Attorneys for Bottling Group, LLC d/b/a The Pepsi Bottling Group**<br>Joseph D. Frank<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60654<br>jfrank@fgllp.com | **Attorney for Stanfour, LLC**<br>Kurt M. Anderson # 2148<br>Attorney for Stanfour LLC<br>P.O. Box 2434<br>Minneapolis, Minnesota 55402<br>kmalaw-service@qwestoffice.net<br>kmalaw-service@sprynet.com |
| *Notice of Appearance – TCS - SERVED VIA ECF* | | |
| **Attorneys for Ford Motor Credit Company LLC**<br>Linda Jeanne Jungers<br>2277 Highway 36 West, Ste. 100<br>Roseville, MN 55113<br>LJJ@szjlaw.com | **Attorney for Lone Oak Plaza Limited Partnership**<br>Will R. Tansey<br>Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A.<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402-2225<br>WRTansey@ravichmeyer.com | **Attorney for Nordic East Enterprises**<br>Alan E. Brown<br>7900 Xerxes Ave S # 1500<br>Minneapolis, MN 55431-1194<br>abrown@larkinhoffman.com |
| **Attorneys for Estate of William McDonald**<br>Ronald G. Marks, Esq.<br>Peterson, Engberg & Peterson<br>400 Second Ave. South, Suite 700<br>Minneapolis, MN 55401<br>peplawyers@aol.com | | **Attorney for Canon Financial Services, Inc.**<br>Scott H. Marcus & Associates<br>121 Johnson Road<br>Turnersville, NJ 08012<br>smarcus@marcuslaw.net |
| **Attorney for Minnesota State Lottery**<br>Jeremy D. Eiden Esq,<br>Attorney for Lori Swanson,<br>Attorney General<br>State of Minnesota<br>445 Minnesota Street, Suite 900<br>St. Paul, MN 55101<br>jeremy.eiden@state.mn.us | **Attorney for Apple Valley Marathon, LLC**<br>**Attorney for Eagan Marathon, LLC**<br>**Attorney for Savage Marathon, LLC**<br>**Attorney for West St. Paul Marathon, LLC**<br>**Attorney for White Bear Marathon, LLC**<br>**Attorney for Alice Drake Zucco Trust**<br>William J. Fisher Esq.<br>Gray, Plant, Mooty, Mooty & Bennett, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402-3796<br>william.fisher@gpmlaw.com | **Attorney for Industrial Equities Group, LLP**<br>Blake Iverson<br>2945 44th Avenue South<br>Minneapolis, MN 55406<br>blake@iversonlawgroup.com |
| | | *Notice of Appearance – TCS - SERVED VIA E-MAIL* |
| **Attorney for Southcross Shoppes LLC**<br>Matthew R. Burton, Esq.<br>Leonard, O'Brien, et al.<br>100 South Fifth Street, Suite 2500<br>Minneapolis, MN 55402<br>mburton@losgs.com | | **Attorney for BBD Investments, LLC**<br>Creig Andreasen<br>Messerli & Kramer, P.A.<br>1400 Fifth Street Towers<br>100 South Fifth Street<br>Minneapolis, MN 55402<br>candreasen@MesserliKramer.com |
| **Attorney for Alasra Inc. and Red's Petroleum, Inc.**<br>Megan M. Kennedy, Esq.<br>Paul L. Ratelle, Esq.<br>Fabyanske, Westra, et al.<br>800 LaSalle Avenue South<br>Suite 1900<br>Minneapolis, MN 55402<br>mkennedy@fwhtlaw.com<br>pratelle@fwhtlaw.com | **Attorney for Acuity, A Mutual Insurance Co.**<br>Samuel C. Wisotzkey<br>4650 N Port Washington Road<br>Milwaukee, WI 53212<br>swisotzkey@kmksc.com | Bob Dullinger<br>MPCA - Tanks Program<br>520 Lafayette Rd N<br>St. Paul, MN 55155<br>beverly.conerton@state.mn.us |
| | **Attorney for Giertsen Company**<br>Jessica A. Mitchell | **TCAS – Attorney for Debtor Twin Cities Avanti Stores, LLC**<br>Ralph V. Mitchell Jr., Esq.<br>Lapp, Libra, Thomson, Stoebner & |

Twin Cities Stores, Inc. – Twin Cities Avanti Stores, LLC
Service List
Bky Nos. 09-34468; 09-34469

| | | |
|---|---|---|
| Pusch<br>2500 One Financial Plaza<br>120 South Sixth Street<br>Minneapolis MN 55402<br>rmitchell@lapplibra.com | Paul Francis<br>Farner-Bocken Company<br>PO Box 368<br>Hwy 30 East<br>Carroll, IA 51401<br>pfrancis@farner-bocken.com<br><br>Represented by:<br>Michael F. Doty, Esq.<br>Faegre & Benson<br>2200 Wells Fargo Center<br>90 S Seventh St<br>Minneapolis, MN 55402<br>mdoty@faegre.com | Charles Savitt<br>Clear Choice Properties<br>715 Florida Ave S<br>Suite 303<br>Golden Valley, MN 55426<br>charles_mn@prodigy.net |
| **Top 20 Unsecured Creditors – TCAS - SERVED VIA ECF** | | Kevin Koehen<br>Waste Management - Savage<br>PO Box 438<br>Savage, MN 55378<br>kkeohen@wm.com |
| **Attorney for Nu-Star, Inc.**<br>James A. Lodoen, Esq.<br>Lindquist & Vennum, P.L.L.P.<br>4200 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402-2274<br>jlodoen@lindquist.com | | |
| | | Donald L. Wilber<br>Wilber Lane Law Firm<br>PO Box 2155<br>816 Eldorado Road, Ste 7<br>Scottsdale, AZ 85260<br>debtnet@wilberlanelaw.com |
| **Secured Creditors – TCAS SERVED VIA ECF** | Brad Watts<br>Strickler & Prieto, LLP<br>201 E. Main St.<br>Suite 500<br>El Paso, TX 79901<br>bwatts@cpa-sp.com | Arlene Pipkin<br>Deli Express / E.A. Sween<br>16101 W 78th St<br>Eden Prairie, MN 55344<br>apipkin@easween.com |
| **Attorney for Marathon Petroleum Company**<br>Larry D. Espel, Esq.<br>Kathleen K. Statler, Esq.<br>Greene Espel PLLP<br>200 South Sixth St, Ste 1200<br>Minneapolis, MN 55402<br>Lespel@greeneespel.com<br>kstatler@greeneespel.com | Doug Hamel<br>Coinstar Epayment Services<br>9701 W Higgins<br>Suite 200<br>Rosemont, IL 60018<br>doug.hamel@coinstar.com | J.R. Canter<br>BP Amoco<br>2700 Chadwell Circle<br>Wayzata, MN 55391<br>canterjr@bp.com |
| | Dana Wagner<br>Liesch Associates, Inc.<br>13400 - 15th Ave N<br>Minneapolis, MN 55441<br>dana.wagner@liesch.com | **Attorney for BP Products North America Inc.**<br>Mike Ryan<br>Kelly Hadac<br>Murnane Brandt, P.A.<br>30 E Seventh St<br>Suite 3200<br>St. Paul, MN 55101<br>MRYAN@murnane.com<br>khadac@murnane.com |
| **Attorneys for Holiday Station Stores, Inc.**<br>D. Charles Macdonald<br>Dennis M. Ryan, Esq.<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>dryan@faegre.com | Steff Davis<br>State of Minnesota - Lottery<br>2645 Long Lake Rd<br>Roseville, MN 55113<br>steff_D@mnlottery.com | |
| | Teri L. Anderson<br>Xcel Energy Services, Inc.<br>414 Nicollet Mall, 5th Floor<br>Minneapolis, MN 55401<br>Teri.L.Anderson@xcelenergy.com | |
| **Attorney for Carver County**<br>Thomas Haines, Esq.<br>Assistant County Attorney<br>600 East Fourth Street<br>Chaska, MN 55318<br>thaines@co.carver.mn.us<br>pmay@co.carver.mn.us | Brad Buschmann<br>State of Minnesota - Sales Tax Audit<br>PO Box 21367<br>Eagan, MN 55121<br>bradley.buschmann@state.mn.us | **Notice of Appearance – TCAS - SERVED VIA E-MAIL** |
| | | Richard Eitel<br>Midstates Equities, LLC<br>100 2nd St. S.E. #1001<br>Minneapolis, MN 55414-2129<br>Richard.Eitel@earthlink.net |
| **VIA E-MAIL** | Tom Geyer<br>Krispy Kreme c/o Westward Dough Operating<br>4580 West Post Road<br>Las Vegas, NV 89118<br>tom@krispykremes.com | **Attorney for Minnesota State Lottery**<br>Jeremy D. Eiden Esq,<br>Attorney for Lori Swanson,<br>Attorney General<br>State of Minnesota<br>445 Minnesota Street, Suite 900<br>St. Paul, MN 55101<br>jeremy.eiden@state.mn.us |
| **Top 20 Unsecured Creditors – TCAS** | | |
| Anne Portinen<br>State of Minnesota - Commissioner of Revenue<br>600 N Robert St<br>St Paul, MN 55146<br>Anne.Portinen@state.mn.us | Credit Manager<br>Reinhofer Asphalt Maintenance<br>21488 - 60th Ave<br>Milaca, MN 56353<br>ramaspht@ecenet.com | |

Twin Cities Stores, Inc. – Twin Cities Avanti Stores, LLC
Service List
Bky Nos. 09-34468; 09-34469

| **Attorney for Alasra Inc., Red's Petroleum, Inc., and Sasa LLC**<br>Megan M. Kennedy, Esq.<br>Paul L. Ratelle, Esq.<br>Fabyanske, Westra, et al.<br>800 LaSalle Avenue South<br>Suite 1900<br>Minneapolis, MN 55402<br>mkennedy@fwhtlaw.com<br>pratelle@fwhtlaw.com |
|---|
| **SERVICE VIA U.S. MAIL**<br>Jennifer Mercil<br>Sam's Club<br>14940 Florence Trail<br>Apple Valley, MN 55124 |
| Kim Guajardo<br>Liquid Transport Corp<br>8470 Allison Pointe, Suite 400<br>Indianapolis, IN 46250 |
| IKON Financial Services<br>Bankruptcy Administration<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |
| Medica<br>401 Carlson Parkway<br>Minnetonka, MN 55305 |
| Gary W. Meyer<br>Premium Waters<br>2100 Summer Street, #200<br>Minneapolis, MN 55413 |

| **SERVICE VIA U.S. Mail**<br>*Mandatory Notice Parties*<br>IRS District Counsel<br>380 Jackson St, Ste 650<br>St Paul MN 55101-4804 |
|---|
| Internal Revenue Service<br>Wells Fargo Place<br>30 E 7th St, Mail Stop 5700<br>St Paul MN 55101 |
| MN Department of Revenue<br>Collection Enforcement<br>551 Bankruptcy Section<br>600 North Robert Street<br>PO Box 64447<br>St Paul MN 55101-2228 |
| US Attorney<br>600 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415 |
| Minnesota Department of Economic Security<br>332 Minnesota Street<br>St. Paul MN 55101-1351 |

| *Secured Creditors – TCS SERVED VIA E-MAIL*<br>**Attorney for Capmark Finance, Inc.**<br>John G. McJunkin, Esq.<br>McKenna Long & Aldridge, LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>jmcjunkin@mckennalong.com |
|---|

By email:
SERVICE VIA E MAIL
luanne.bialik@state.mn.us;
kkeohen@wm.com;

## OTHER INTERESTED PARTY:

By Email:

**The William McDonald Revocable Trust**

Represented by:

Ronald Marks
Peterson, Engberg, & Peterson
400 Second Ave. S., Suite 700
Minneapolis, MN 55401

peplawyers@aol.com