UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Twin Cities Stores, Inc., | Case No. BKY 09-34468 |
| Twin Cities Avanti Stores, LLC, | Case No. BKY 09-34469 |
| Debtors. | Jointly Administered |

**ORDER APPROVING PAYMENT OF POST PETITION RENT
AS AN ADMINISTRATIVE EXPENSE**

This matter came before the undersigned United States Bankruptcy Judge on the motion of Industrial Equities for an order compelling the payment of post-petition rent under 11 U.S.C. § 365(d)(3) of $16,270.74 from Debtor Twin Cities Stores, Inc. Based on the Stipulation Regarding Order for Approval of Administrative Expense Claim and the documents of record herein, and the Court being fully advised in the premises,

**IT IS ORDERED:**

1. Pursuant to 11 U.S.C. § 503(b)(1)(A), Industrial Equities shall have an allowed administrative expense claim in the amount of $16,270.74 against Twin Cities Stores, Inc. for unpaid post-petition rent. Payment of the $16,270.74 administrative expense claim is hereby approved. Twin Cities Stores, Inc. shall pay this administrative expense claim in two installments. $5,000 shall be paid to Industrial Equities on or before March 1, 2010. The remaining balance, $11,270.74, shall be paid to Industrial Equities on the earlier of: (i) the effective date of such Debtor's plan of reorganization; or May 1, 2010.

Dated: March 3, 2010

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/03/2010*
Lori Vosejpka, Clerk, by DLR