UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Twin Cities Stores, Inc., | Case No. BKY 09-34468 |
| Twin Cities Avanti Stores, LLC, | Case No. BKY 09-34469 |
| Debtors. | Jointly Administered |

**ORDER APPROVING PAYMENT OF POST PETITION RENT AS AN ADMINISTRATIVE EXPENSE**

This matter came before the undersigned United States Bankruptcy Judge on the motion of Midstates Equities, LLC ("Midstates") for an order authorizing payment as an administrative expense under 11 U.S.C. § 365(d)(3) and 11 U.S.C. § 503(b) of $41,742.81 in post-petition unpaid rent from Debtor Twin Cities Avanti Stores, LLC ("TCAS").  Based on the Stipulation Regarding Order for Approval of Administrative Expense Claim and the documents of record herein, and the Court being fully advised in the premises,

IT IS ORDERED:

1.      Pursuant to 11 U.S.C. § 365(d)(3) and 11 U.S.C. § 503(b), Midstates shall have an allowed administrative expense claim in the amount of $41,742.81 against TCAS for unpaid post-petition rent.  Payment of the $41,742.81 administrative expense claim is hereby approved.

Dated: April 1, 2010

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/01/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0864-3          User: doretta             Page 1 of 2                   Date Rcvd: Apr 01, 2010
Case: 09-34468                Form ID: pdf111           Total Noticed: 23

The following entities were noticed by first class mail on Apr 03, 2010.
db          +Twin Cities Stores, Inc.,    1800 East Cliff Rd,    Suite 2,    Burnsville, MN 55337-1375
aty         +Scott H. Marcus,    Scott H. Marcus & Associates,    121 Johnson Rd,    Turnersville, NJ 08012-1758
intp        +Acuity, A Mutual Insurance Co.,    c/o Kohner, Mann & Kailas,    4650 North Port Washington Rd.,
              Milwaukee, WI 53212-1077
intp        +Bottling Group, LLC d/b/a The Pepsi Bott,    c/o Joseph D. Frank,    Frank/Gecker LLP,
              325 North LaSalle Street,    Suite 625,    Chicago, IL 60654-6465
cr          +C/O LISA R WOODS IRS,    SPECIAL ASST US ATTORNEY,    380 JACKSON ST STE 650,
              ST PAUL, MN 55101-4804
intp        +Estate of William McDonald,    Peterson, Engberg & Peterson,    400 Second Ave. S., Suite 700,
              Minneapolis, MN 55401-2498
intp        +FORD MOTOR CREDIT COMPANY LLC,    C/O STEWART ZLIMEN & JUNGERS,    2277 HIGHWAY 36 WEST, RM 100,
              ROSEVILLE, MN 55113-3896
cr          +FOXRIDGE SHOPPES, LLC,    C/O LEONARD, O'BRIEN LAW FIRM,    100 SOUTH FIFTH STREET,    SUITE 2500,
              MINNEAPOLIS, MN 55402-1234
intp        +Farner-Bocken Company,    1751 Highway 30 East,    Box 368,    Carroll, IA 51401-0368
intp        +Giertsen Company,    8385 10th Avenue North,    Golden Valley, MN 55427-4420
intp        +HOLIDAY STATION STORES, INC.,    C/O DENNIS M. RYAN,    FAEGRE & BENSON LLP,
              90 SOUTH 7TH ST STE 2200,    MINNEAPOLIS, MN 55402-3901
intp         IKON FINANCIAL SERVICES,    BANKRUPTCY ADMINISTRATION,    1738 BASS RD,    PO BOX 13708,
              MACON, GA 31208-3708
cr          +INDUSTRIAL EQUITIES GROUP LLP,    C/O NEIL POLSTEIN,    527 MARQUETTE AVE STE 1800,
              MINNEAPOLIS, MN 55402-1319
cr          +L.M. HOGLUND & COMPANY, LLC,    C/O LEONARD, O'BRIEN LAW FIRM,    100 SOUTH FIFTH STREET,
              SUITE 2500,    MINNEAPOLIS, MN 55402-1234
cr           Midstates Equities, LLC,    100 2nd Str SE #1001,    Minneapolis, MN  55414-2129,    UNITED STATES
intp         Minnesota Department of Revenue,    Office of the Minnesota Attorney General,
              Attn: Jeremy D. Eiden,    445 Minnesota Street,    Suite 900,    St. Paul, MN  55101-2127
intp         Minnesota Pollution Control Agency,    Office of the Minnesota Attorney General,
              Attn: Beverly Conerton,    445 Minnesota Street, Suite 900,    St. Paul, MN  55101-2127
intp         Minnesota State Lottery,    Office of the Minnesota Attorney General,    Attn: Jeremy D. Eiden,
              445 Minnesota Street, Ste 900,    St. Paul, MN  55101-2127
cr          +Nordic East Enterprises,    P.O. Box 818,    Stillwater, MN 55082-0818
intp        +SOUTHCROSS SHOPPES LLC,    C/O MATTHEW R. BURTON,    LEONARD, O'BRIEN, SPENCER, GALE & SAYRE,
              100 SOUTH FIFTH STREET,    SUITE 2500,    MINNEAPOLIS, MN 55402-1234
opty        +Twin Cities Avanti Stores, LLC,    1800 East Cliff Road,    Suite 2,    Burnsville, MN 55337-1375
intp        +Wellington Management, Inc.,    c/o Richard C. Salmen,    Felhaber Larson Fenlon & Vogt PA,
              220 South Sixth Street,    Suite 2200,    Minneapolis, MN 55402-4504
cr          +William W. McDonald Revocable Trust,    Peterson, Engberg & Peterson,
              Attn: Ronald G. Marks, Esq.,    400 Second Ave. S., Suite 700,    Minneapolis, MN 55401-2498
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Alasra Inc
cr           Apple Valley Marathon, LLC
intp         Canon Financial Services, Inc.
intp         Capmark Finance Inc.
cr           Eagan Marathon, LLC
intp         Kanan Mustafa
intp         LONE OAK PLAZA LIMITED PARTNERSHIP
intp         Marathon Petroleum Company LLC
intp         New James, Inc.
intp         Nu-Star Inc.
intp         Red's Petroleum Inc
intp         SASA, LLC
cr           Savage Marathon, LLC
cr           Stanfour LLC
cr           THE ALICE DRAKE ZUCCO TRUST
intp         Total Petrochemicals Pipeline USA
cr           West St. Paul Marathon, LLC
cr           White Bear Marathon, LLC
                                                                                                TOTALS: 18, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0864-3          User: doretta             Page 2 of 2               Date Rcvd: Apr 01, 2010
Case: 09-34468                Form ID: pdf111           Total Noticed: 23

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2010**                    **Signature:**    *Joseph Speetjens*